AO 442 (Rev. 01/09) Arrest Warrant

627521

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM1:18
RECEIVED AUG 21 '23

| United States of America | ) |
| v. | ) |
| LAPRINCE STEPHENS | ) |
| | ) |
| Defendant | ) |

Case: 1:23-cr-00265
Assigned To : Moss, Randolph D.
Assign. Date : 8/9/2023
Description: INDICTMENT (B)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LAPRINCE STEPHENS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year)
22 D.C. Code § 4503.01 - (Unlawful Discharge of a Firearm)

Date: 08/09/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.09 14:39:21 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/23, and the person was arrested on *(date)* 8/24/23
at *(city and state)* Washington D.C.

Date: 8/24/23

N. W.
*Arresting officer's signature*

Nathan Wolf DUSM
*Printed name and title*